UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ismael Guillermo Hernandez,<br><br>　　Petitioner<br><br>v.<br><br>Sheriff Joe Lombardo, et al.,<br><br>　　Respondents | 2:16-cv-01219-JAD-NJK<br><br>**Order Adopting Report and Recommendation and Dismissing and Closing Case**<br><br>**[ECF No. 8]** |

On January 24, 2017, the magistrate judge entered a report recommending that I dismiss this action without prejudice to petitioner's ability to bring his claims in the proper forum at the proper time.[1] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Objections to the magistrate judge's report and recommendation were due by February 7, 2017, and petitioner has not filed an objection or requested an extension to do so.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 8] is ADOPTED**. This case is DISMISSED without prejudice.

The Clerk of Court is directed to CLOSE THIS CASE..

Dated this 10th day of February, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　United States District Judge

---

[1] ECF No. 8.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).